1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

KIMBERLY OWEN,

CASE NO. 2:23-cv-00143-LK

Plaintiff,

ORDER OF DISMISSAL

12

v.

13

SVEN CEDRIC BUERKI, et al.,

14

Defendants.

15

16      This matter comes before the Court sua sponte. On February 17, 2023, the Court struck

17 Ms. Owen's complaint because it was unsigned and ordered her to show cause why this case should

18 not be dismissed without prejudice based on her failure to file a civil cover sheet and a signed

19 complaint even though the Court notified her on February 1, 2023 of those deficiencies. Dkt. Nos.

20 3–4; Dkt. No. 5 at 1–2.

21      The Court warned Ms. Owen that unless she filed a civil cover sheet and signed complaint

22 by February 23, 2023, the Court would dismiss this case without prejudice based on the absence

23 of an operative pleading and her failure to comply with the Court's rules. Dkt. No. 5 at 2. Having

24 //

ORDER OF DISMISSAL - 1

1    received no response, the Court now DISMISSES the case without prejudice.

2      Dated this 2nd day of March, 2023.

3

4                                  Lauren King
                                  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 2